## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.   11-cv-02516-LTB-MEH

DACE PRUITT,

       Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut insurance company,

       Defendants.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 24 - filed April 27, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                    BY THE COURT:


                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED:   April 30, 2012